August 20, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

FRED  SAMSON, Appellant

NO. 14-12-00522-CV                          V.

JAMES ALEXANDER GHADIALLY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, James Alexander Ghadially, signed March 9, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Fred  Samson, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.